UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In re

HUNTINGTON TELECOM, LLC,                                        Case No. 13-73326-las

                          Debtor.                                                    Chapter 7
---------------------------------------------------------------------X

**ORDER APPROVING FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Upon consideration of the First Interim Applications for Allowance of Compensation and Reimbursement of Expenses (the "Applications") (Dkt. Nos. 87 and 89) filed by the professionals listed in Schedule A annexed hereto (each an "Applicant" and collectively, the "Applicants") under 11 U.S.C. § 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure for interim allowance of compensation for professional services rendered and expenses incurred during the period commencing October 29, 2013 through September 30, 2016; and the Court having jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b) and the Standing Order of Reference entered by the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a), dated August 28, 1986, as amended by Order dated December 5, 2012, effective *nunc pro tunc* as of June 23, 2011; and consideration of the Applications and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications and the deadline for filing of objections to the relief requested therein having been provided; and a response to the Applications having been filed on October 25, 2016 [Dkt. No. 90]; and a reply having been filed on November 4, 2016 [Dkt. No. 91]; and a hearing to consider the relief requested in the Applications (the "Hearing") having been held on November 8, 2016; and upon the record of the Hearing and all of the proceedings had before the Court; and it appearing that the services

rendered and expenses incurred by each Applicant for which compensation and reimbursement are allowed hereby were actual, reasonable and necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Applications are granted to the extent set forth in Schedule A annexed hereto, without prejudice to the Applicants seeking further distributions; and it is further

ORDERED this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**Dated: November 10, 2016**
**Central Islip, New York**

*Louis A. Scarcella*
**Louis A. Scarcella**
**United States Bankruptcy Judge**

## **SCHEDULE A**

Case No.: 13-73326
Case Name: HUNTINGTON TELECOM, LLC

| Applicant/Fee Period | Date/Docket No. of Application | Fees Requested | Percentage of Hold Back | Fees Payable | Expenses Requested | Expenses Awarded | Total Fees and Expenses Payable |
|---|---|---|---|---|---|---|---|
| Ruskin Moscou Faltischek, P.C. – Counsel to Chapter 7 Trustee<br>10/29/13 – 9/30/16 | 10/19/16 #89 | $369,681.50 | 20% | $295,745.20 | $12,328.70 | $12,328.70 | $308,073.90 |
| EisnerAmper LLP – Accountants to Chapter 7 Trustee<br>11/7/13 – 8/31/16 | 10/13/16 # 87 | $153,093.25 | 20% | $122,474.60 | $85.68 | $85.68 | $122,560.28 |