# Invoice

Confidential Global Investigations
1120 Avenue of the Americas, 4th Floor
New York, NY  10036

(212) 626-6709
http://www.csilegal.com

| Date | Invoice # |
|---|---|
| 02/10/2017 | 2017-HT-0210 |
| Terms | |
| Due on receipt | |

| Bill To |
|---|
| Anthony R. Calascibetta<br>as Chapter 7 Trustee of the Estate<br>of Huntington Telecom, LLC<br>534 Broadhollow Rd., Suite 275<br>Melville, NY 11747 |

| Amount Due | Enclosed |
|---|---|
| $6,485.50 | |

------- Please detach top portion and return with your payment. -------

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • RE: Investigative Services to the Trustee and Trustee Counsel (Hours Spent on Investigation) | | | |
| • Principal Investigator - edit and review report and details of findings; communicate with trustee counsel | 2 | | 0.00 |
| • Investigative Analyst (NF) - 4/17/15: asset search, including databases, clerks office, sources on Torq (1 hr); 4/27/15: Aipnet asset search (1.5 hrs); 4/29/15: Torq asset search (1 hr); 5/29/15: tel-call with client and asset searches on debtor companies (1 hr); 7/30/15: update tel-call with counsel and reviewed report; update subpoena target list (1 hr) | 5.5 | | 0.00 |
| • Investigative Analyst (JF) - 6/8/15: analyze Pima Wells Fargo statements; edit report; investigative research on the debtor companies, including databases and sources (4 hrs); 8/20/15: asset research on debtor entities and current operational status (8 hrs) | 12 | | 0.00 |
| • Investigative Analyst (IN) - 6/1/15: investigative research on InTouch, Pima and Torq, review all bankruptcy documents; research in regards to Aipnet Corporation (7 hrs); 6/4/15: asset search on Aipnet Corp, InTouch and Torq, including databases and sources (3.75 hrs); 6/17/15: research on InTouch; corporate and property research on Rahman's wife and companies (4.5 hrs); 6/18/15: create full subpoena target list for InTouch; research on Rahman; property research on 130 Skyline and retrieve corporate records on owner; research on Torq communications (2 hrs); research on Pima Wholesale, Aipnet Corporation; 7/30/15: tel-call with counsel Amato (0.5 hr) | 17.75 | | 0.00 |
| • Retrieve financial information from sources in regards to Aipnet in Florida [Flat Fee] | | 1,500.00 | 1,500.00 |
| • Retrieve financial information from sources in regards to Pima Wholesale LLC in Arizona and California [Flat Fee] | | 3,000.00 | 3,000.00 |
| • Retrieve financial information from sources in regards to InTouch Telecom Inc. in New Jersey [Flat Fee] | | 1,500.00 | 1,500.00 |
| • Actual out-of-pocket costs for public and proprietary database fees | | 485.50 | 485.50 |
| CSI is licensed by the State of New York Department of State Division of Licensing Services | | Total | $6,485.50 |

Questions about this invoice, please call 212-768-9807.

Thank you.